UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MILLER,

        Plaintiffs,

VS.                              CIVIL ACTION NO.  10-10560

                                  HON. GEORGE CARAM STEEH
                                  U.S. DISTRICT JUDGE

GENERAL MOTORS LLC,

        Defendant.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice.  This closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

Dated:  May 3, 2010

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 3, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk